Free Process Application info.

United States District Court of The State of New Mexico

Plaintiff

Krystle Xylina Miller - Albarez
American
09-06-1985
3701 S. Atkinson
Roswell
New Mexico
88203
United States of America
Unemployed
I do not recieve any kind of Government
Asstance.

V.

Defendant

Roswell Police Department, Sgt. Joe A. Smith
128 W. 2nd
Roswell
New Mexico
88201
Under the color of Law.

26 cv 941 GBW

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAR 2.7 2026
MITCHELL R. ELFERS
CLERK

Relief er to relief sought to save my life. Google does not have my permission to add me to a Digital Millenium Copyright act. Nor does anyone have permission or my permission to monitor my eyesight. I don't allow my name to be googled and scroll to the bottom and US. Digital Millenium Copyright act be on my name. whatever amount of money that is not friviculous to the state standard would do. I need a gastronologist appointment. This is a district court procedure. Collect every device from everyone. Stop using technology on me. Stop making people use technology on me. Stop making me a person everyone has to be after for a little extra money. Stop making me a US citizen. Stop all the reports you ever made that are falsified. Stop the discrimination on my healthcare. Stop doing the hate sex crime on me. Stop the sex crime harassment. Stop labeling me to Matthew Vincent Albarez as nobody.

Do not allow those communication devices to be used toward me, or on me, or around me. I care about everyone and I need to be sure everyone is safe. Stop the gangstalkers. Stop making me the Plaintiff Krystle Xylina Miller-Albarez a label non-violent mental patient. I am not a mental patient nor have I ever been one? no. Get me off Arthur Dutchover kids birth certifacates. Arthur Dutchover needs to stop trying to kill me for social security for my 2 kids. Please Stop Arthur Dutchover. Stop stealing social security in my social security number. Stop doing all the corrupt paperwork on me. Reverse everything you done to my name and social security number and date of birth. Get me to a poop doctor. Tell the doctor at the jail. A paternity test for me and Maria Miller. Put a police missing case on all my kids who turned 18 in Children youth and families Department. Those are considered Missing children to me. Please do that

Stop the Healthcare Authority from stealing benifits from Vietnam, China, mexico, U.S.A. Get the devices you took following me around moving around to make people use hacking a human technology device's on all me and my kids, take them away from all the very mean, bad, criminals. Save us. Protect me and my kids. Dont sex traffick me and my kids. Please reverse all falsifide paperwork. Do not copyright my life. Please take the devices away from, Rachel Watson, Allyssa Garcia, Conde Sarellano son Listo, all them bad people you exploited giving them out to. Stop stealing my identity, filing my name falsified police reports. Stop that lady from murdering me for social security for my 2 kids that are in Arthur Dutchover custody. Get my name off the birth records. Arthur Dutchover does not let me see them. I am a innocent woman in →

jail. Drop my charges. Let me out of jail. I don't belong here. I'm innocent. I keep getting sexually abused. My vagina and inside my but is severly mutilated. It hurts so bad. Let me go so I can go to a specialist poop doctor. My inside of my anus is so mutilated, I need special care now. I could die of cancer if I don't get out. Can I get equal protection rights back. Please let me have my normal life back where there is no corrupt life at all to me the Plaintiff please. The jail and Roswell Police have falsified my name enclosed are 3 document reciept of commissary. Please release me for I am an innocent woman as well. Please allow me to live to like you all in the world. Please save me. Please. Don't let them kill me like my real mom. I was such a scared kid. No one would've not believed me if I would said then. Please take the cloned body devices away from the gangstalkers. Please Please please save my life. Please Judge. Please - Please   X J

| | |
|---|---|
| Facility | Chaves County, NM |
| Inmate | **KRYSTAL X ALBAREZ** |
| Inmate ID | **21150** |
| Inmate Balance | $0.00 |
| Inmate Loc | **SG 01 A** |

| Qty | Item |
|---|---|
| 1 | BEREAMOT HAIR DRESSING |
| 1 | CHICK-0-STICK (K)(S) |
| 1 | COCO ROO'S |
| 2 | COFFEE COLUMBIAN 3.3 OZ |
| 1 | COLGATE TOOTHPASTE 4.2OZ |
| 1 | COOKIES CHOCOLATE CHIPS |
| 1 | HOT DILL PICKLE (K) |
| 1 | OATMEAL CREME PIE BOX 16.2OZ |
| 1 | PALM BRUSH |
| 1 | SNICKERS |
| 5 | SQUEEZE GRAPE JELLY 1OZ PC |
| 5 | SQUEEZE PEANUT BUTTER 1OZ |
| 3 | STAMPED ENVELOPE |
| 1 | STAR CRUNCH BOX 13OZ |
| 1 | VO5 STRAWBERRIES & CREAM COND |
| 1 | WYLER'S RADICAL LEMONBERRY |

**27** Total Items

| | |
|---|---|
| Order Date | 03/03/2026 |
| Order ID | 164900360 |
| Subtotal | $65.25 |
| Order Fee | $0.00 |
| Order Tax | $1.80 |
| Order Total | $67.05 |

signature:

| Facility | Chaves County, NM |
|---|---|
| Inmate | **KRYSTLE X ALBAREZ** |
| Inmate ID | **21150** |
| Inmate Balance | $0.23 |
| Inmate Loc | **SG 01 A** |

| Qty | Item |
|---|---|
| 5 | STAMPED ENVELOPE |

*KKW*

**5**     Total Items

| | |
|---|---|
| Order Date | 03/11/2026 |
| Order ID | 165773856 |
| Subtotal | $9.95 |
| Order Fee | $0.00 |
| Order Tax | $0.82 |
| Order Total | $10.77 |

signature:

| | | |
|---|---|---|
| Facility | Chaves County, NM | |
| Inmate | **KRYSTAL X ALBAREZ** | |
| Inmate ID | **21150** | |
| Inmate Balance | $0.05 | |
| Inmate Loc | **SG 01 A** | |

| Qty | Item |
|---|---|
| 1 | COCO ROO'S |
| **1** | Total Items |

| | |
|---|---|
| Order Date | 02/25/2026 |
| Order ID | 164233083 |
| Subtotal | $1.00 |
| Order Fee | $0.00 |
| Order Tax | $0.00 |
| Order Total | $1.00 |

signature:

_____

Fostering Connection Program

Fostering Connection Program

Case 2:26-cv-00941-GBW    Document 1    Filed 03/27/26    Page 9 of 9

Krystle Xylina Miller-Albarez 21150
3701 S. Atkinson
Roswell
New Mexico

88203 United States District Court of the State of New Mexico
333 Lomas blvd
Albuquerque
New Mexico
87102

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 2 7 2026

MITCHELL R. ELFERS
CLERK